UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-20598-KMW

HOWARD COHAN,

        Plaintiff,

v.

HDP-TLD PARTNERS LLC,
a Foreign Limited Liability
Company, d/b/a RESIDENCE BY
MARRIOTT

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, HDP-TLD PARTNERS LLC, d/b/a RESIDENCE BY MARRIOTT, by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and respectfully request that they not be required to file any further responses, motions, and/or pleadings.

        Respectfully submitted,

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Heather M. Jonczak** |
| **GREGORY S. SCONZO, ESQUIRE** | **Heather M. Jonczak, Esq.** |
| Fla. Bar No.: 0105553 | Florida Bar No.: 91740 |
| KAPLAN, SCONZO & PARKER, P.A. | Bruce C. King, Esq. |
| 3399 PGA Boulevard, Suite 150 | Florida Bar No.: 278491 |
| Palm Beach Gardens, Florida 33410 | Carlton Fields, P.A. |
| Telephone: (561) 296-7900 | 100 S.E. Second Street |
| Facsimile: (561) 296-7919 | Suite 4200 |
| Email: gsconzo@ksplaw.com | Miami, Florida 33131 |
| Attorney for Plaintiff | Telephone: (305)530-0050 |
| | Facsimile: (305)530-0055 |
| | E-Mail: hjonczac@carltonfields.com |
| | bking@carltonfields.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            **/s/ Gregory S. Sconzo**
                                            Gregory S. Sconzo, Esq.